PROB 34
03/06

Report and Order Terminating Probation/
Supervised Release

# United States District Court

For The

Northern District of Iowa

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　Crim. No.　CR03-3040-001-MWB

DOUCAS J. GORANITES

It appearing that the above named has complied with the conditions of probation imposed by the Order of the Court heretofore made and entered in this case and that the period of probation expired on December 18, 2006. I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

_____
Jerry Skadburg
Supervising U. S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this __21st__ day of December, 2006.

_____
Mark W. Bennett
Chief U. S. District Court Judge